

# MANDATE
## The Fourteenth Court of Appeals

NO. 14-14-00605-CV

Amelia V. Kelly, Appellant

v.

Matthew D. Wiggins, Jr., Appellee

Appealed from the 122nd District Court of Galveston County. (Tr. Ct. No. 11-CV-0325). Opinion delivered by Justice McCally. Justices Boyce and Donovan also participating.

**TO THE 122ND DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before our Court of Appeals on May 7, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion and this decision be certified below for observance.

We order appellant, Amelia V. Kelly, to pay all costs incurred in this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, August 20, 2015.

**CHRISTOPHER A. PRINE, CLERK**